# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL IDEEN, | ) | |
| | ) | 3:08cv6 |
| Petitioner, | ) | Electronic Filing |
| | ) | |
| v. | ) | Judge David Cercone |
| | ) | Magistrate Judge Caiazza |
| JEFFREY A. BEARD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

Abdul Ideen's Petition for Writ of Habeas Corpus was received by the Clerk of Court on January 10, 2008, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on January 16, 2008, recommended that the Petition for Writ of Habeas Corpus filed by Petitioner Ideen be dismissed and that a certificate of appealability be denied. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Houtzdale, Pennsylvania. Objections were due on or before February 4, 2008. None have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 28th day of February, 2008,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus filed by Abdul Ideen is DISMISSED and a certificate of appealability is DENIED.

The Report and Recommendation of Magistrate Judge Caiazza, (Document No. 2), dated January 16, 2008, is adopted as the opinion of the court.

DS Cercone
David Stewart Cercone
United States District Judge

cc: Honorable Francis X. Caiazza
United States Magistrate Judge

ABDUL IDEEN
CW-6127
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698